# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America  
v.  
James Douglas Russell, II  )  
) Case No: 1:07CR00012-016  
) USM No: 08454-028  

Date of Original Judgment: 08/10/2007  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*  

Sara J. Varner  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **is reduced to** 120 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/10/2007 shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: 2/13/15

*Judge's signature*

Effective Date: 11/01/2015  
*(if different from order date)*

Honorable William T. Lawrence, U.S. District Court Judge  
*Printed name and title*